## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASRIN KALANTARIPOUR, | |
| Plaintiff, | Case No. 21-cv-272 (JMC) |
| v. | |
| GEORGE WASHINGTON MEDICAL FACULTY ASSOCIATES, | |
| Defendant. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment, ECF 14, is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: February 9, 2026

1